Priority _____
Send _____
Clsd _____
Enter _____
JS-5/JS-6 _____
JS-2/JS-3 _____

1   RACHAEL AGUIRRE (SBN No. 227470)
    COUNSEL
2   SCREEN ACTORS GUILD, INC.
    5757 Wilshire Blvd., 8th Floor
3   Los Angeles, CA 90036-3600
    Telephone: (323) 549-6628
4   Facsimile: (323) 549-6624
    raguirre@sag.org
5
    Attorney for Petitioner
6   Screen Actors Guild, Inc.

FILED
CLERK, U.S. DISTRICT COURT

FEB 2 4 2012

CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

7

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10

11  SCREEN ACTORS GUILD, INC., a       Case No. CV 12-695-GHK (AJWx)
    non-profit corporation on behalf of
12  Affected Performers,                [PROPOSED] JUDGMENT

13              Petitioner,

14  v.                                  Date:
                                        Time:
15  MIRACLE AT SAGE CREEK, LLC,         Place:
                                        Judge:
16              Respondent.

17

18

19  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

20       The regularly noticed Motion for Order Confirming Arbitration Award and

21  for Entry of Judgment in Conformity Therewith of Petitioner Screen Actors

22  Guild, Inc. came before the Court. Having considered all of the pleadings and

23  arguments submitted by the parties in connection with this motion, the pleadings

24  and papers on file, and any oral and/or documentary evidence presented at the time

25  of any hearing:

26  ///

27  ///

28  ///

1        IT IS HEREBY ORDERED, ADJUDGED, and DECREED that judgment be

2    entered in this case as follows:

3        1.    The arbitration award in favor of Screen Actors Guild, Inc. and against

4    respondent MIRACLE AT SAGE CREEK, LLC, SAG Case No. 2005-0307, dated

5    in two parts: September 27, 2007 and January 28, 2008, is confirmed in all respects.

6        2.   ~~R.J. Filmworks, Inc.~~ *Miracle at Sage Creek, LLC* is hereby ordered to pay as follows:

7        a)    To Screen Actors Guild, Inc., on behalf of its performers, an

8        additional $59,112.56. Producer is ordered to make payroll tax

9        payments on this amount and to pay for SAG's reasonable costs

10       of issuing checks to its members.

11       b)    Producer is ordered to make Pension and Health contributions to

12       the total amount of $8,679.34.

13       c)    Producer is ordered to pay LPLD in the total amount of

14       $61,625.00. Producer is further ordered to make payroll tax

15       payments on this amount and to pay SAG's reasonable costs of

16       issuing checks to its members.

17       d)    Producer is ordered to pay to SAG damages in the amount of

18       $8,525.00 for failure to effectively produce the Schedule G after

19       subpoena.

20       e)    Pursuant to the provisions of the Security Agreement, SAG is

21       granted an assignment of Producer's accounts receivable from the

22       distribution, exhibition, exploitation or other use of the Picture

23       anywhere in the world until the amounts due are paid in full.

24       f)    The parties are ordered to split ~~my~~ *the arbitrator's* fees in this matter pursuant to

25       the terms of the Agreement. Producer is ordered to pay

26       outstanding previously billed fees, including one for late

27       cancellation.

28   ///

1    Dated:  ___2/23/12___

2

3

4    _____
     Judge of the United States District Court

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] JUDGMENT